# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 14-23353M |
| Serafin Bayona-Bayona | Citizenship: MEXICO |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about March 10, 2014, at or near Mcneal, Arizona, in the District of Arizona, Serafin BAYONA-Bayona, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas, Intl Bridge on March 1, 2014, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: That on or about March 7, 2014, at or near Sasabe, Arizona, in the District of Arizona, Serafin BAYONA-Bayona, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

Serafin BAYONA-Bayona is a citizen of Mexico. On March 1, 2014, Serafin BAYONA-Bayona was lawfully denied admission, excluded, deported, and removed from the United States through Del Rio, Texas, Intl Bridge. On March 10, 2014, agents found Serafin BAYONA-Bayona in the United States at or near Mcneal, Arizona. Serafin BAYONA-Bayona did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. Serafin BAYONA-Bayona, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Serafin BAYONA-Bayona admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on March 7, 2014, at or near Sasabe, Arizona.

File Date: 03/11/2014

at Tucson, Arizona

Jaime Torres, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 03/11/2014

**Bernardo P. Velasco**
**United States Magistrate Judge**

FBI Number: 51810NC4

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                          CASE: 14-23353M

vs.

Serafin Bayona-Bayona

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Serafin Bayona-Bayona, was represented by counsel, Gary Rosoff (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 03/11/2014. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 03/07/2014 |

As pronounced on 03/11/2014, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of ONE HUNDRED FIVE (105) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

The Court orders commitment to the Bureau of Prisons and recommends: that the defendant be placed at a facility in Kentucky, and not in Arizona.

Signed on Tuesday, March 11, 2014.

*Bernardo Velasco*

Bernardo P. Velasco
United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 51810NC4

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - TUCSON | |

Date: 03/11/2014          Case Number: 14-23353M

USA vs. **Serafin Bayona-Bayona**

U.S. MAGISTRATE JUDGE: BERNARDO P. VELASCO      Judge AO Code: 70BJ
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D:
Attorney for Defendant: Gary Rosoff (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be      **Same**
[X] Petty Offense    [X] Date of Arrest:      **03/10/2014**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**ONE HUNDRED FIVE (105) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of appeal rights.
[X] Waiver of right to appeal explained.

OTHER:     Gary Rosoff (CJA) is appointed as attorney of record for defendant.

                              Recorded by Courtsmart    COP: 1
                              BY: Sara Jones            Sent: 0
                                  Deputy Clerk          IA: 0
                                  Start: 1:35 PM Stop: 2:11 PM